UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 20-CR-00369-SI |
| Plaintiff, | ) DETENTION ORDER |
| v. | ) |
| KHARI MOORE, | ) |
| Defendant. | ) |

On October 1, 2020, Khari Moore was charged by Indictment with conspiracy to commit robbery, discharge of a firearm during a crime of violence and drug trafficking crime, and conspiracy to distribute marijuana.. Defendant made his initial appearance and was arraigned on the Indictment in the Northern District of California on October 28, 2020.

This matter came before the Court on November 10, 2020 for a detention hearing. Defendant was present and represented by attorney Kathryn Ross. Assistant United States Attorney Ross Weingarten appeared for the government. A United States Pretrial Services Agency Officer was also present at the hearings. The government moved for detention, and the defendant opposed. At the hearings, counsel submitted proffers and arguments regarding detention. Pretrial Services recommended detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community. This Order supplements the Court's findings and order at the detention hearings and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1).

The Bail Reform Act of 1984 sets forth the factors the Court must consider in determining whether pretrial detention is warranted. In coming to its decision, the Court has considered those factors, paraphrased below:

    (1) the nature and seriousness of the offense charged;

    (2) the weight of the evidence against the person;

    (3) the history and characteristics of the person including, among other considerations, ties to the community, employment, past conduct and criminal history, and record of court appearances; and,

    (4) the nature and seriousness of the danger to any person or the community that would be posed by the person's release.

*See* 18 U.S.C. § 3142(g).

After considering all of the facts and proffers presented at the hearing, including the information contained in the Pretrial Services report and the government's motion for detention, the Court finds that no condition or combination of conditions will reasonably assure the safety of the community. In particular, there is probable cause to believe that Mr. Moore shot a person in the face causing serious injury while Mr. Moore was attempting to steal $4000.00 worth of marijuana. There is probable cause to believe that after this incident, which is the incident charged in the indictment, Mr. Moore engaged in the attempted armed robbery of a marijuana business and that he continued to engage in the illegal sale of narcotics. In light of the violent nature of the charged offense, and Mr. Moore's subsequent continued criminal conduct, he poses a danger to the community that cannot be mitigated, notwithstanding his family's support. Accordingly, the Court orders Defendant detained pending trial.

Accordingly, pursuant to 18 U.S.C. § 3142, IT IS ORDERED THAT:

1. Defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

This Order is without prejudice to reconsideration at a later date if circumstances change.

**IT IS SO ORDERED.**

DATED: November 10, 2020

*Jacqueline Scott Corley*
HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge